**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT -6  A 8: 18

CLERK
S.D. OF GA.

TIMOTHY WAYNE PHILLIPS, : 

       Petitioner, :

     vs. :          CIVIL ACTION NO. CV205-004

JOSE M. VASQUEZ, :

       Respondent. :

## O R D E R

    After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

    The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

    **SO ORDERED**, this 5th day of October, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)